IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| SIWANA GREEN, on behalf of herself and others similarly situated, | : : : | 5:21-cv-05007-JMG |
| Plaintiff, | : | |
| v. | : : | |
| AMAZON.COM, INC., | : : | |
| Defendant. | : : | |

**PLAINTIFF'S UNOPPOSED MOTION FOR FINAL
<u>APPROVAL OF CLASS ACTION SETTLEMENT</u>**

Siwana Green ("Plaintiff") files this motion seeking final approval of the settlement of this class action lawsuit, which alleges that Defendant Amazon.com, Inc. ("Amazon") violated the Pennsylvania Minimum Wage Act ("PMWA") by failing to pay her and other Pennsylvania warehouse employees overtime wages for time associated with security screenings when exiting various Pennsylvania warehouses. Amazon denies liability and contends that Plaintiff's alleged damages are exaggerated. Yet – like Plaintiff – it has settled to avoid the risk, delay, and expense of continued litigation. As is widely known, class action settlements are favored because they conserve "substantial judicial resources" and enable parties to "gain significantly from avoiding the costs and risks of a lengthy and complex trial." *In re GMC Pick-Up Truck Fuel Tank Products Liability Litig.*, 55 F.3d 768, 784 (3d Cir. 1995).

The instant settlement stems from a negotiation that encompassed two separate lawsuits: (1) the instant lawsuit (which concerns ten Pennsylvania warehouses and covers the four-year period from July 15, 2018 until November 30, 2022) and (2) a Western District of Kentucky lawsuit styled *In re: Amazon.com, Inc., Fulfillment Center Fair Labor Standards Act (FLSA) and Wage and Hour Litigation (Heimbach, et al. v. Amazon.Com, Inc., et al.)*, 14-md-2504-DJH /

3:14-cv-204-DJH (W.D. Ky.) ("the *Heimbach* Action") (which concerns Amazon's ABE2 warehouse in Breinigsville, PA and covers the twelve-year period from September 5, 2010 until November 30, 2022).  A single "Joint Stipulation of Class Action Settlement and Release Agreement" ("Agreement") covers the settlement of both cases and is filed herewith.  *See* ECF No. 31-1.

The global settlement requires Defendants in the Actions to make a *non-reversionary* payment of $7,205,837 to settle both the instant action and the *Heimbach* Action.  *See* Agreement (ECF No. 31-1) at ¶ 1(q).  Class members are *not* required to complete a "claim form" or any other documents in order to receive a settlement payment.  *See id.* at ¶¶ 1(u), 15.  Rather, settlement payments will be made to all class members other than the 57 individuals who have excluded themselves from the settlement.  *See* Declaration of Markus Bulthuis ("Bulthuis Dcl.") (ECF No. 31-2) at ¶ 12.

Of the total $7,205,837 settlement amount, **$2,806,159** is attributable to the instant action.  *See* February 17, 2023 Declaration of Peter Winebrake ("Winebrake 2023 Dcl.") (ECF No. 22-2) at ¶ 15.  This settlement payment represents an excellent outcome for the class members and is the result of arms-length bargaining conducted after significant discovery and adversarial litigation.  As such, it is unsurprising that only *one* individual has objected to the settlement.  *See* Bulthuis Dcl. (ECF No. 31-2) at ¶ 13.

As detailed in the accompanying brief, the Court should grant this motion and enter an order:

    1.    Certifying a settlement class comprised of:  All current and former non-exempt employees of Defendant Amazon.com, Inc. who were credited with working forty (40) or more hours (exclusive of vacation, sick, or other leave time) during at least one week at the below-

listed warehouses during the below-listed time periods:

| Warehouse Name/Location | Covered Time Period |
|---|---|
| ABE3 (Breinigsville, PA) | 7/15/18 - 3/31/20 and 5/10/21 - 11/30/22 |
| ABE4 (Easton, PA) | 7/15/18 - 3/31/20 |
| AVP1 (Hazle Township, PA) | 7/15/18 - 3/31/20 |
| AVP8 (Pittston, PA) | 7/15/18 - 3/31/20 and 5/19/21 - 11/30/22 |
| MDT1 (Carlisle, PA) | 7/15/18 - 3/31/20 and 4/19/21 - 11/30/22 |
| PHL4 (Carlisle, PA) | 7/15/18 - 3/31/20 |
| PHL5 (Lewisberry, PA) | 7/15/18 - 3/31/20 and 4/19/21 - 11/30/22 |
| PHL6 (Carlisle, PA) | 7/15/18 - 3/31/20 and 4/19/21 - 11/30/22 |
| PIT2 (Imperial, PA) | 2/15/21 - 11/30/22 |
| RDG1 (Hamburg, PA) | 7/15/18 - 3/31/20 and 4/19/21 - 11/30/22 |

Class certification of this settlement class is proper because Plaintiff satisfies Civil Rule 23(a)'s four requirements – numerosity, commonality, typicality, and adequacy – and Rule 23(b)(3)'s additional requirements that common questions of law or fact "predominate over any questions affecting only individual members" and that "a class action [must be] superior to other available methods for the fair and efficient adjudication of the controversy."

2. Approving the settlement as "fair, reasonable, and adequate" based upon the Court's consideration of the criteria described in Civil Rule 23(e)(2) and the largely overlapping factors described in *Girsh v. Jepson*, 521 F.2d 153, 157 (3d Cir. 1975).

3. Appointing the law firm of Winebrake & Santillo, LLC to serve as class counsel pursuant to the criteria described in Civil Rule 23(g)(1).

4. Approving the payment of $926,032 from the total settlement fund to class counsel for all attorney's fees and costs associated with this action. Here, after deducting $20,355 in litigation costs, the $926,032 payment to class counsel results in an attorney's fee of $905,677. Such a fee constitutes 32.27% of the $2,806,159 settlement fund and is reasonable under the circumstances of this litigation when viewed against, *inter alia*, the seven factors described in *Gunter v. Ridgewood Energy Corp.*, 223 F.3d 190, 195 n.1 (3d Cir. 2000).

Moreover, the requested fee does not result in an unacceptable lodestar multiplier under the circumstances of this litigation.

5. Approving the $15,000 service award payment to Plaintiff. Such a service award is comparable to awards approved in other seven-figure wage and hour settlements.

**WHEREFORE**, Plaintiff respectfully asks the Court grant this motion and enter the accompanying proposed order.

Date: June 7, 2024                                    Respectfully,

_____
Peter Winebrake
Winebrake & Santillo, LLC
715 Twining Road, Suite 211
Dresher, PA 19025
(215) 884-2491
pwinebrake@winebrakelaw.com

*One of Plaintiff's Lawyers*

4